UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL GAVALAS, as Personal Representative of the ESTATE OF JONATHAN GAVALAS,

Plaintiff(s),

v.

GOOGLE LLC, a Delaware company, and ALPHABET INC., a Delaware corporation,

Defendant(s).

Case No. 5:26-cv-1849

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jay Edelson, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Joel Gavalas in the above-entitled action. My local co-counsel in this case is Brandt Silverkorn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 323530.

350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
MY ADDRESS OF RECORD

150 California Street, 18th Floor
San Francisco, California 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

312-589-6375
MY TELEPHONE # OF RECORD

415-234-5345
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jedelson@edelson.com
MY EMAIL ADDRESS OF RECORD

bsilverkorn@edelson.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6239287.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2026

Jay Edelson
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Jay Edelson  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:     March 6, 2026



UNITED STATES MAGISTRATE JUDGE
Virginia K. DeMarchi

Updated 11/2021

2