UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL GAVALAS, as Personal Representative of the ESTATE OF JONATHAN GAVALAS,

Plaintiff(s),

v.

GOOGLE LLC, a Delaware company, and ALPHABET INC., a Delaware corporation,

Defendant(s).

Case No. 5:26-cv-1849

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, J. Eli Wade-Scott, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Joel Gavalas in the above-entitled action. My local co-counsel in this case is Brandt Silverkorn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 323530.

| | |
|---|---|
| 350 North LaSalle Street, 14th Floor Chicago, Illinois 60654 | 150 California Street, 18th Floor San Francisco, California 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 312-242-0859 | 415-234-5345 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ewadescott@edelson.com | bsilverkorn@edelson.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6316974.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2026

J. Eli Wade-Scott
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  J. Eli Wade-Scott  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 6, 2026

UNITED STATES MAGISTRATE JUDGE
Virginia K. DeMarchi

United States District Court
Northern District of California

Updated 11/2021

2