MATTHEW A. MACDONALD, SBN 255269
Email: matthew.macdonald@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
953 E 3rd St., Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

JORDAN R. JAFFE, SBN 254886
Email: jjaffe@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000

*Counsel for Defendants Google LLC and Alphabet Inc.*

JAY EDELSON (*pro hac vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN, SBN 315962
rbalabanian@edelson.com
ARI. J. SCHARG (*pro hac vice*)
ascharg@edelson.com
EDELSON PC
350 N. LaSalle St., 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370

BRANDT SILVERKORN, SBN 323530
bsilverkorn@edelson.com
EDELSON PC
150 California St., 18th Floor
San Francisco, CA 94111
Telephone: (415) 212-9300

*Counsel for Plaintiff Joel Gavalas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL GAVALAS, as Personal Representative of the ESTATE OF JONATHAN GAVALAS,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, a Delaware company, and ALPHABET INC., a Delaware corporation,<br><br>Defendants. | Case No:  5:26-cv-1849-EKL-SVK<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Civil Local Rule 6-1(a)<br><br>Judge: Hon. Eumi Kim Lee |

Pursuant to Local Rule 6-1(a) of the United States District Court, Northern District of California, Plaintiff Joel Gavalas, and Defendants Google LLC and Alphabet Inc. ("Google") submit this second stipulation to extend Google's time to respond to the Complaint.

On March 23, 2026, the parties stipulated to extend Google's time to respond to the Complaint to May 8, 2026, pursuant to Local Rule 6-1(a). The parties have agreed to extend Google's time to respond to the Complaint for five additional days pursuant to Local Rule 6-1(a). Plaintiff and Google agree that Google's response to Plaintiff's Complaint shall be due on or before Wednesday, May 13, 2026.

Dated:  May 7, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Jordan R. Jaffe*
Jordan R. Jaffe
jjaffe@wsgr.com

*Counsel for Defendants Google LLC and Alphabet Inc.*

Dated:  May 7, 2026

EDELSON PC

By: /s/ *Rafey S. Balabanian*
Rafey S. Balabanian
rbalabanian@edelson.com

*Counsel for Plaintiff Joel Gavalas*

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT
-1-
CASE NO. 5:26-CV-1849-EKL-SVK

**SIGNATURE ATTESTATION**

I, Jordan R. Jaffe, am the CM/ECF user whose ID and password are being used to file this SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the other signatory has concurred in the filing of this document.

By: /s/ *Jordan R. Jaffe*
        Jordan R. Jaffe
        jjaffe@wsgr.com

SECOND STIPULATION TO EXTEND TIME TO        -2-        CASE NO. 5:26-CV-1849-EKL-SVK
RESPOND TO COMPLAINT