MATTHEW A. MACDONALD, SBN 255269
Email: matthew.macdonald@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
953 E 3rd St., Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

JORDAN R. JAFFE, SBN 254886
Email: jjaffe@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000

*Counsel for Defendants Google LLC and
Alphabet Inc.*

JAY EDELSON (*pro hac vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN, SBN 315962
rbalabanian@edelson.com
ARI. J. SCHARG (*pro hac vice*)
ascharg@edelson.com
EDELSON PC
350 N. LaSalle St., 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370

BRANDT SILVERKORN, SBN 323530
bsilverkorn@edelson.com
EDELSON PC
150 California St., 18th Floor
San Francisco, CA 94111
Telephone: (415) 212-9300

*Counsel for Plaintiff Joel Gavalas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL GAVALAS, as Personal Representative of the ESTATE OF JONATHAN GAVALAS,<br><br>      Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, a Delaware company, and ALPHABET INC., a Delaware corporation,<br><br>      Defendants. | Case No: 5:26-cv-1849-EKL-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR FIRST CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Civil Local Rule 6-1(b)<br><br>Judge: Hon. Eumi Kim Lee |

Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiff Joel Gavalas, and Defendants Google LLC and Alphabet Inc. ("Google"), (collectively the "Parties"), respectfully submit this joint stipulation to continue the initial Case Management Conference ("CMC")

WHEREAS, on March 4, 2026, Plaintiffs filed their Complaint (*see* Dkt. No. 1);

WHEREAS, on March 19, 2026, the case was reassigned to this Court and an order was entered setting the initial case management conference to June 17, 2026 (*see* Dkt. No. 17; Dkt. No. 18);

WHEREAS, Defendants intend to move to dismiss the entire Complaint on May 13, 2026;

WHEREAS, the Parties reserved a hearing date on the motion to dismiss for August 19, 2026 at 10:00 a.m.;

WHEREAS, pursuant to this Court's Standing Order Section VI, the parties may stipulate to move the initial case management conference to 21 days after the hearing on the motion to dismiss;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** as follows:

1. In accordance with this Court's Standing Order Section VI, the initial Case Management Conference shall be continued until twenty-one days after the motion to dismiss hearing to September 9, 2026, or as soon thereafter as convenient for the Court.

2. In accordance with this Court's Standing Order Section VI, the Parties' Rule 26(f) Report and Case Management Statement pursuant to Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9 shall be filed fourteen days before the initial Case Management Conference.

3. The Parties shall serve their initial disclosures by fourteen days after the initial Case Management Conference.

4. The Parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and Alternative Dispute Resolution Local Rule 3-5 by a date to be determined by the Parties but no later than twenty-one days before the initial Case Management Conference.

5. The Parties shall file the ADR Certification pursuant to Civil Local Rule 16-8(b) and Alternative Dispute Resolution Local Rule 3-5(b) no later than twenty-one days before the initial Case Management Conference.

Dated:  May 8, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ *Jordan R. Jaffe*
    Jordan R. Jaffe
    jjaffe@wsgr.com

*Counsel for Defendants Google LLC and Alphabet Inc.*


Dated:  May 8, 2026

EDELSON PC


By: /s/ *Rafey S. Balabanian*
    Rafey S. Balabanian
    rbalabanian@edelson.com

*Counsel for Plaintiff Joel Gavalas*

JOINT STIPULATION AND [PROPOSED] ORDER
FOR FIRST CONTINUANCE OF INITIAL CASE
MANAGEMENT CONFERENCE                           -2-                    CASE NO. 5:26-CV-1849-EKL-SVK

# [PROPOSED] ORDER

## PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. In accordance with this Court's Standing Order Section VI, the initial Case Management Conference shall be continued until September 9, 2026.

2. In accordance with this Court's Standing Order Section VI, the Parties' Rule 26(f) Report and Case Management Statement pursuant to Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9 shall be filed fourteen days before the initial Case Management Conference.

3. The Parties shall serve their initial disclosures by fourteen days after the initial Case Management Conference.

4. The Parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and Alternative Dispute Resolution Local Rule 3-5 by a date to be determined by the Parties but no later than twenty-one days before the initial Case Management Conference.

5. The Parties shall file the ADR Certification pursuant to Civil Local Rule 16-8(b) and Alternative Dispute Resolution Local Rule 3-5(b) no later than twenty-one days before the initial Case Management Conference.

Dated: _____                _____

Honorable Eumi Kim Lee
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER          -3-          CASE NO. 5:26-CV-1849-EKL-SVK
FOR FIRST CONTINUANCE OF INITIAL CASE
MANAGEMENT CONFERENCE

## **SIGNATURE ATTESTATION**

I, Jordan R. Jaffe, am the CM/ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER FOR FIRST CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the other signatory has concurred in the filing of this document.

By: /s/ *Jordan R. Jaffe*
Jordan R. Jaffe
jjaffe@wsgr.com

JOINT STIPULATION AND [PROPOSED] ORDER FOR FIRST CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE                    -4-                    CASE NO. 5:26-CV-1849-EKL-SVK