JAY EDELSON (*pro hac vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN, SBN 315962
rbalabanian@edelson.com
ARI J. SCHARG (*pro hac vice*)
ascharg@edelson.com
ALEXANDER G. TIEVSKY (*pro hac vice*)
atievsky@edelson.com
EDELSON PC
350 N. LaSalle St., 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370

BRANDT SILVERKORN, SBN 323530
bsilverkorn@edelson.com
EDELSON PC
150 California St., 18th Floor
San Francisco, CA 94111
Telephone: (415) 212-9300

*Counsel for Plaintiff Joel Gavalas*

MATTHEW A. MACDONALD, SBN 255269
Email: matthew.macdonald@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
953 E 3rd St., Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

JORDAN R. JAFFE, SBN 254886
Email: jjaffe@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000

*Counsel for Defendants Google LLC and
Alphabet Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL GAVALAS, as Personal Representative of the ESTATE OF JONATHAN GAVALAS,<br><br>       Plaintiff,<br><br>     v.<br><br>GOOGLE LLC, a Delaware company, and ALPHABET INC., a Delaware corporation,<br><br>       Defendants. | Case No: 5:26-cv-1849-EKL-SVK<br><br>**DECLARATION OF RAFEY S. BALABANIAN IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>Judge: Hon. Eumi Kim Lee |

DECLARATION ISO JOINT STIPULATION AND
[PROPOSED] ORDER TO EXTEND BRIEFING
SCHEDULE

CASE NO. 5:26-CV-1849-EKL-SVK

I, Rafey S. Balabanian, declare as follows:

1. I am a partner in the law firm of Edelson PC and I represent Joel Gavalas, as personal representative of the estate of Jonathan Gavalas, in the above-referenced action. I submit this declaration in support of the parties' Joint Stipulation and [Proposed] Order to Extend Briefing Schedule (the "Joint Stipulation"). I have personal knowledge of the facts set forth herein and, if called upon to testify, could and would testify competently thereto.

2. On March 4, 2026, Plaintiff filed his Complaint (*see* Dkt. No. 1).

3. On March 19, 2026, the case was reassigned to this Court (*see* Dkt. No. 17).

4. On March 23, 2026, the Parties filed a joint stipulation to extend the time for Defendants to respond to the complaint to May 8, 2026 (*see* Dkt. No. 22).

5. On May 7, 2026, the Parties filed a second joint stipulation to extend the time for Defendants to respond to the complaint to May 13, 2026 (*see* Dkt. No. 28).

6. The Parties reserved a hearing date on the motion to dismiss for August 19, 2026 at 10:00 a.m.

7. On May 8, 2026, the Parties filed a joint stipulation to continue the initial Case Management Conference, which was originally set for June 17, 2026, until 21 days after the hearing on the motion to dismiss (*see* Dkt. No. 29).

8. On May 11, 2026, the Court ordered that the initial Case Management Conference be continued until September 16, 2026 (*see* Dkt. No. 30).

9. Defendants filed their Motion to Dismiss on May 13, 2026 and the Court set a deadline for Plaintiff's response for May 27, 2026, and a deadline for Defendants' reply for June 3, 2026 (*see* Dkt. No. 31).

10. The only other deadlines presently set in this case relate to the initial Case Management Conference and will be unaffected by this Stipulation.

11. In accordance with this Court's Standing Order Section VIII.D, the parties jointly stipulate to and request Court approval of a briefing schedule that will allow for more than fourteen (14) days between the final filing and the hearing date: continuing the deadline for

Plaintiff to file his Opposition to Defendants' Motion to Dismiss from May 27, 2026 to June 24, 2026 and continuing the deadline for Defendants to file their Reply in support of Defendants' Motion to Dismiss from June 3, 2026 to July 22, 2026.

12.    Continuing these deadlines will provide the Parties with necessary time to fully and adequately brief the issues raised by Defendants' Motion to Dismiss, which presents novel and complex issues of law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed this 22nd day of May, 2026, in Boca Raton, Florida.

By: /s/ *Rafey S. Balabanian*
Rafey S. Balabanian

DECLARATION ISO JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE    -2-    CASE NO. 5:26-CV-1849-EKL-SVK