JAY EDELSON (*pro hac vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN, SBN 315962
rbalabanian@edelson.com
ARI J. SCHARG (*pro hac vice*)
ascharg@edelson.com
ALEXANDER G. TIEVSKY (*pro hac vice*)
atievsky@edelson.com
EDELSON PC
350 N. LaSalle St., 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370

BRANDT SILVERKORN, SBN 323530
bsilverkorn@edelson.com
EDELSON PC
150 California St., 18th Floor
San Francisco, CA 94111
Telephone: (415) 212-9300

*Counsel for Plaintiff Joel Gavalas*

MATTHEW A. MACDONALD, SBN 255269
Email: matthew.macdonald@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
953 E 3rd St., Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

JORDAN R. JAFFE, SBN 254886
Email: jjaffe@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000

*Counsel for Defendants Google LLC and
Alphabet Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL GAVALAS, as Personal Representative of the ESTATE OF JONATHAN GAVALAS,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC, a Delaware company, and ALPHABET INC., a Delaware corporation,<br><br>Defendants. | Case No: 5:26-cv-1849-EKL-SVK<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>Judge: Hon. Eumi Kim Lee<br><br>AS MODIFIED |

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
TO EXTEND BRIEFING SCHEDULE

CASE NO. 5:26-CV-1849-EKL-SVK

Pursuant to Civil L.R. 6-1, Civil L.R. 6-2, Civil L.R. 7-12, and this Court's Standing Order, Plaintiff Joel Gavalas, and Defendants Google LLC and Alphabet Inc. ("Google"), (collectively the "Parties"), by and through their respective counsel, respectfully submit this joint stipulation to extend the briefing schedule for Plaintiff's Opposition to Defendants' Motion to Dismiss and Defendants' Reply in support of Defendants' Motion to Dismiss:

WHEREAS, on March 4, 2026, Plaintiff filed his Complaint (*see* Dkt. No. 1);

WHEREAS, on March 19, 2026, the case was reassigned to this Court (*see* Dkt. No. 17);

WHEREAS, on March 23, 2026, the Parties filed a joint stipulation to extend the time for Defendants to respond to the complaint to May 8, 2026 (*see* Dkt. No. 22);

WHEREAS, on May 7, 2026, the Parties filed a second joint stipulation to extend the time for Defendants to respond to the complaint to May 13, 2026 (*see* Dkt. No. 28);

WHEREAS, the Parties reserved a hearing date on the motion to dismiss for August 19, 2026 at 10:00 a.m.;

WHEREAS, on May 8, 2026, the Parties filed a joint stipulation to continue the initial Case Management Conference, which was originally set for June 17, 2026, until 21 days after the hearing on the motion to dismiss (*see* Dkt. No. 29);

WHEREAS, on May 11, 2026, the Court ordered that the initial Case Management Conference be continued until September 16, 2026 (*see* Dkt. No. 30);

WHEREAS, Defendants filed their Motion to Dismiss on May 13, 2026 and the Court set a deadline for Plaintiff's response for May 27, 2026, and a deadline for Defendants' reply for June 3, 2026 (*see* Dkt. No. 31);

WHEREAS, the only other deadlines presently set in this case relate to the initial Case Management Conference and will be unaffected by this Stipulation;

WHEREAS, pursuant to this Court's Standing Order Section VIII.D, the parties may stipulate to and request Court approval of a briefing schedule that differs from that set forth in the Civil Local Rules;

WHEREAS, this stipulated request will allow for more than fourteen (14) days between the final filing and the hearing date;

WHEREAS, the stipulated request will provide the Parties with necessary time to fully and adequately brief the issues raised by Defendants' Motion to Dismiss, which presents novel and complex issues of law;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** as follows, pursuant to Civil L.R. 6-1, Civil L.R. 6-2, Civil L.R. 7-12, and this Court's Standing Order:

1. Plaintiff's deadline to file his Opposition to Defendants' Motion to Dismiss shall be continued from **May 27, 2026** to **June 24, 2026**.

2. Defendants' deadline to file their Reply in support of Defendants' Motion to Dismiss shall be continued from **June 3, 2026** to **July 22, 2026**.

Dated:  May 22, 2026                    EDELSON PC


By: /s/ *Rafey S. Balabanian*
      Rafey S. Balabanian
      rbalabanian@edelson.com

*Counsel for Plaintiff Joel Gavalas*


Dated:  May 22, 2026                    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ *Jordan R. Jaffe*
      Jordan R. Jaffe
      jjaffe@wsgr.com

*Counsel for Defendants Google LLC and Alphabet Inc.*

# [PROPOSED] ORDER

## PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Plaintiff's deadline to file his Opposition to Defendants' Motion to Dismiss shall be continued from **May 27, 2026** to ~~June 24, 2026~~. June 17, 2026

2. Defendants' deadline to file their Reply in support of Defendants' Motion to Dismiss shall be continued from **June 3, 2026** to ~~July 22, 2026~~. July 15, 2026

The Court therefore modifies the current case schedule as follows.

| Event | Current Date | ~~Proposed~~ Date |
|---|---|---|
| Opposition to Defendants' Motion to Dismiss | May 27, 2026 | ~~June 24, 2026~~ June 17, 2026 |
| Reply in support of Defendants' Motion to Dismiss | June 3, 2026 | ~~July 22, 2026~~ July 15, 2026 |

The hearing is advanced from August 19, 2026 to August 5, 2026 at 10 AM.

Dated:   May 27, 2026

_____
Honorable Eumi Kim Lee
United States District Judge

JOIN STIPULATION AND [~~PROPOSED~~] ORDER
TO EXTEND BRIEFING SCHEDULE                         -1-                         CASE NO. 5:26-CV-1849-EKL-SVK