UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL GAVALAS,
Plaintiff,

v.

GOOGLE LLC, et al.,
Defendants.

Case No. 5:26-cv-01849-EKL

**CASE MANAGEMENT & SCHEDULING ORDER**

Having reviewed the parties' joint case management statement, ECF No. 48, the Court ORDERS as follows:

(1) The parties shall comply with this Court's standing orders, which are available on the Court's website and in the Clerk's Office.

(2) The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

(3) All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(4) The close of fact discovery is the date by which all discovery must be completed, including motions to compel, hearings on discovery motions, and any additional discovery resulting from orders on discovery motions. Accordingly, all discovery requests shall be served sufficiently in advance of the close of fact discovery to allow the discovering party enough time prior to the cut-off date to challenge allegedly deficient responses via motion to compel and to receive the necessary responses if the motion is granted. Depositions must be noticed at least 30 days prior to the close of fact discovery.

(5) A further case management conference is scheduled for August 4, 2027, at 1:30 p.m. via Zoom video. An updated joint case management statement is due fourteen days before the case management conference. The statement need not repeat the information in previous statements.

(6) Unless otherwise ordered by the Court, motions are heard in person on Wednesdays at 10:00 a.m., case management conferences are held on Wednesdays at 1:30 p.m. via Zoom, and pretrial conferences are held in person on Wednesdays at 2:30 p.m.

IT IS FURTHER ORDERED that the parties meet and confer regarding their preferred ADR method. By December 9, 2026, the parties shall file a joint stipulation indicating their chosen ADR method. By July 16, 2027, the parties shall hold an initial ADR session. Within seven days after the initial ADR session, the parties shall file a joint status report identifying the parties' mediator and confirming that the initial ADR session was completed. The status report shall state the outcome of the session and the parties' proposals for further ADR efforts if the initial ADR session was unsuccessful.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| **Event** | **Deadline** |
|---|---|
| Deadline to request leave to amend pleadings per Fed. R. Civ. P. 15 | 45 days after MTD ruling |
| Deadline to file proposed protective order, if one is desired | 45 days after MTD ruling |
| Mid-discovery case management statement | April 15, 2027 |
| Deadline to complete initial ADR session | July 16, 2027 |
| Further case management conference | August 4, 2027 |
| Close of fact discovery | September 3, 2027 |
| Close of expert discovery | December 10, 2027 |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Event | Deadline |
| --- | --- |
| Close of briefing for dispositive and *Daubert* motions | March 3, 2028 |
| Last day to hear dispositive and *Daubert* motions[1] | April 5, 2028 |
| Pretrial conference | June 28, 2028 |
| Jury Trial (10-12 days) | August 7, 2028 |

The parties may not modify these dates without leave of court. Civil L.R. 6-1(b); Fed. R. Civ. P. 16(b)(4).

**IT IS SO ORDERED.**

Dated: 11/25/2026

Eumi K. Lee
United States District Judge

[1] Briefing on dispositive and related *Daubert* motions must close at least 28 days before the hearing date.